| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2018 to 12/31/2018
**Chapter 13 Case No. 18-35170 / CMG**

Maria D. Quintana

Petition Filed Date: 12/27/2018
341 Hearing Date: 01/31/2019
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

**\*\*There were no receipts posted to this case for the time period selected\*\***

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Maria D. Quintana | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | RUSSELL L LOW, ESQ | Attorney Fees | $3,750.00 | $0.00 | $3,750.00 |
|   |   | No Disbursements: No Check |   |   |   |
| 1 | US DEPT OF HOUSING & URBAN DEVELOPMENT »» P/296 MEINZER STREET./2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 2 | NELNET ON BEHALF OF NJHESAA | Unsecured Creditors | $2,167.67 | $0.00 | $0.00 |
| 3 | NELNET ON BEHALF OF ECMC | Unsecured Creditors | $8,795.01 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $330.03 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $330.03 |
| Paid to Trustee: | $23.10 | Arrearages: | $0.00 |
| Funds on Hand: | $306.93 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**