Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−35170−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maria D. Quintana
   aka Maria D. Pena
   296 Meinzer Street
   Perth Amboy, NJ 08861

Social Security No.:
   xxx−xx−9219

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 12/27/2018 and a confirmation hearing on such Plan has been scheduled for 3/6/3019.

The debtor filed a Modified Plan on 2/8/2019 and a confirmation hearing on the Modified Plan is scheduled for 3/20/2019@10:00 A.M.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: February 11, 2019
JAN: vpm

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-35170-CMG
Maria D. Quintana                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 2            Date Rcvd: Feb 11, 2019
                            Form ID: 186             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2019.
```
db              +Maria D. Quintana,    296 Meinzer Street,    Perth Amboy, NJ 08861-2113
517940458       +FINANCIAL RECOVERIES,    200 E PARK DR STE 100,    MOUNT LAUREL, NJ 08054-1297
517940461       +I C SYSTEM INC,    PO BOX 64378,    SAINT PAUL, MN 55164-0378
517940463       +KIA MOTORS FINANCE,    4000 MACARTHUR BLVD STE,    NEWPORT BEACH, CA 92660-2558
517940464       +KML Law Group P.C.,    216 Hadden Ave,    Ste 406,   Collingswood, NJ 08108-2812
517940465       +MIDLAND MTG/MIDFIRST,    POB 268959,    OKLAHOMA CITY, OK 73126-8959
518020719       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
517969724       +NJ Higher Education Student Assistance Authority,    4 Quakerbridge Plaza,    PO Box 548,
                  Trenton, NJ 08625-0548
517985018        Navient Solutions, LLC. on behalf of,    Great Lakes Higher Education Guaranty Co,
                  GLHEC and Affiliates,    PO BOX 8961,    Madison, WI 53708-8961
517985147        Navient Solutions, LLC. on behalf of,    Educational Credit Management Corporatio,
                  PO BOX 16408,    St. Paul, MN 55116-0408
517969728       +Nelnet on behalf of ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
517969729       +Nelnet on behalf of NJOSA,    NJ Higher Education Student Assistance A,    4 Quakerbridge Plaza,
                  PO Box 548,    Trenton, NJ 08625-0548
517958694       +U.S. Department of HUD,    451 7th Street S.W.,    Washington, DC 20410-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 12 2019 00:38:44     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 12 2019 00:38:42     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517940454        E-mail/Text: ebn@americollect.com Feb 12 2019 00:38:51     AMERICOLLECT INC,    PO BOX 1566,
                  MANITOWOC, WI 54221
517940457       +E-mail/PDF: pa_dc_ed@navient.com Feb 12 2019 00:34:45     DEPT OF ED/NAVIENT,    PO BOX 9635,
                  WILKES BARRE, PA 18773-9635
517940466       +E-mail/Text: electronicbkydocs@nelnet.net Feb 12 2019 00:38:47     NELNET LNS,    PO BOX 1649,
                  DENVER, CO 80201-1649
                                                                                              TOTAL: 5
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517940455*      ++AMERICOLLECT INC,    PO BOX 2080,    MANITOWOC WI 54221-2080
                  (address filed with court:   AMERICOLLECT INC,    PO BOX 1566,    MANITOWOC, WI 54221)
517940456*      ++AMERICOLLECT INC,    PO BOX 2080,    MANITOWOC WI 54221-2080
                  (address filed with court:   AMERICOLLECT INC,    PO BOX 1566,    MANITOWOC, WI 54221)
517940460*       +FINANCIAL RECOVERIES,    200 E PARK DR STE 100,    MOUNT LAUREL, NJ 08054-1297
517940459*       +FINANCIAL RECOVERIES,    200 E PARK DR STE 100,    MOUNT LAUREL, NJ 08054-1297
517940462*       +I C SYSTEM INC,    PO BOX 64378,    SAINT PAUL, MN 55164-0378
                                                                                             TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2019 at the address(es) listed below:
```
              Albert    Russo    docs@russotrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Maria D. Quintana rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Feb 11, 2019
                              Form ID: 186             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                       TOTAL: 4