UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Maria Quintana,

Debtor.

Case No.:         18-35170-CMG

Chapter:              13

Hearing Date:       11/6/2019

Judge:            Gravelle

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒  Settled            ☐  Withdrawn

Matter:  Motion for Relief re: 296 Meinzer Street, Perth Amboy, NJ (Docket # 14)

_____

Date:  11/4/2019                                /s/ Denise Carlon
                                                Signature

*rev.8/1/15*