| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
### Chapter 13 Case No. 18-35170 / CMG

Maria D. Quintana

Petition Filed Date: 12/27/2018
341 Hearing Date: 01/31/2019
Confirmation Date: 03/20/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $330.03 | 55215840 | 02/05/2019 | $330.03 | 55915510 | 03/06/2019 | $330.03 | 56720900 |
| 04/04/2019 | $336.00 | 57592680 | 05/07/2019 | $336.00 | 58459010 | 06/07/2019 | $336.00 | 59229260 |
| 07/08/2019 | $336.00 | 60017590 | 08/12/2019 | $336.00 | 60854320 | 09/19/2019 | $336.00 | 61874640 |
| 10/10/2019 | $336.00 | 62444640 | 11/14/2019 | $336.00 | 63295940 | 12/04/2019 | $336.00 | 63821960 |

**Total Receipts for the Period:  $4,014.09   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $4,686.09**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS ||||||
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Maria D. Quintana | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | RUSSELL L LOW, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,750.00 | $3,750.00 | $0.00 |
| 1 | US DEPT OF HOUSING & URBAN DEVELOPMENT<br>»»  P/296 MEINZER ST/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 2 | NELNET ON BEHALF OF NJHESAA | Unsecured Creditors | $2,167.67 | $0.00 | $2,167.67 |
| 3 | NELNET ON BEHALF OF ECMC | Unsecured Creditors | $8,795.01 | $0.00 | $8,795.01 |
| 4 | Navient Solutions on behalf of GLHEGC | Unsecured Creditors | $24,698.78 | $0.00 | $24,698.78 |
| 5 | NAVIENT SOLUTIONS, ON BEHALF OF ECMC | Unsecured Creditors | $1,296.23 | $0.00 | $1,296.23 |
| 6 | MidFirst Bank<br>»»  P/296 MEINZER ST/1ST MTG | Mortgage Arrears | $14,479.69 | $0.00 | $14,479.69 |
| 7 | HYUNDAI CAPITAL AMERICA (HCA)<br>»»  2016 KIA RIO/DEFICIENCY BALANCE | Unsecured Creditors | $8,303.00 | $0.00 | $8,303.00 |
| 8 | NAVIENT SOLUTIONS, LLC | Unsecured Creditors | $82,701.72 | $0.00 | $82,701.72 |
| 9 | MidFirst Bank<br>»»  296 MEINZER ST/ORDER 11/21/19 | Mortgage Arrears | $531.00 | $29.82 | $501.18 |

**Chapter 13 Case No. 18-35170 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,686.09 | Plan Balance: | $16,158.91 ** |
| Paid to Claims: | $3,779.82 | Current Monthly Payment: | $336.00 |
| Paid to Trustee: | $282.65 | Arrearages: | $0.00 |
| Funds on Hand: | $623.62 | Total Plan Base: | $20,845.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.