B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re: Maria D. Quintana _____, Case No. 18-35170 _____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_____KHEAA_____     Nelnet on behalf of NJOSA NJ Higher Education Student Assistance Authority

Name of Transferee         Name of Transferor

Name and Address where notices to transferee should be sent:

  KHEAA
  PO BOX 798
  FRANKFORT  KY 40602-0798

Court Claim # (if known) ____2_____
Amount of Claim: _____$2,167.67_____
Date Claim Filed: ____01/15/2019_____

Phone: _502-696-7309_____     Phone: _609-584-4480_____
Last Four Digits of Acct #:_____9219____     Last Four Digits of Acct. #:____9219____

Name and Address where transferee payments should be sent (if different from above):

  KHEAA
  P.O. BOX 4270
  FRANKFORT KY 40604-4270

Phone: _N/A_____

Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Miles F. Justice_____     Date: _____05/20/2020_____
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571