

P.O. Box 64909, St. Paul, MN 55164-0909   P 651-221-0566   www.ecmc.org

January 25, 2021

Clerk of U.S. Bankruptcy Court
District of New Jersey - Trenton
Clarkson S. Fisher Federal Building and United States Courthouse
402 East State St.
Trenton, NJ 08608-1507

RE: Quintana, Maria D.
SSN: XXX-XX-9219
BANKRUPTCY CASE#: 18-35170

Dear Clerk:

Please withdraw this claim filed by Educational Credit Management Corporation for Claim #5 in the amount of $1,296.23 on January 24, 2019. This debt was approved for disability write off. Thank you for your cooperation in this matter.

If you have any further questions, you may contact (651) 221-0566.

Sincerely,

/s/ Julie Lee
ECMC Operations Specialist Senior
ECMC
P.O. Box 16408
St. Paul, MN 55116-0408