| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
**Chapter 13 Case No. 18-35170 / CMG**

Maria D. Quintana

Petition Filed Date: 12/27/2018
341 Hearing Date: 01/31/2019
Confirmation Date: 03/20/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/13/2020 | $336.00 | 64732570 | 02/10/2020 | $336.00 | 65517240 | 03/06/2020 | $336.00 | 66197270 |
| 04/20/2020 | $336.00 | 67274760 | 05/06/2020 | $336.00 | 67737900 | 06/08/2020 | $336.00 | 68523030 |
| 08/03/2020 | $336.00 | 69777800 | 08/31/2020 | $336.00 | 70501260 | 09/14/2020 | $336.00 | 70850690 |
| 10/27/2020 | $336.00 | 71865180 | 11/23/2020 | $336.00 | 72545180 | 12/11/2020 | $361.00 | 73009310 |
| 01/20/2021 | $361.00 | 73921360 | 02/18/2021 | $361.00 | 74599190 | | | |

**Total Receipts for the Period:  $4,779.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $8,793.09**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Maria D. Quintana | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | RUSSELL L LOW, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,750.00 | $3,750.00 | $0.00 |
| 1 | US DEPT OF HOUSING & URBAN DEVELOPMENT<br>»»  P/296 MEINZER ST/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 2 | KHEAA<br>»»  NELNET | Unsecured Creditors | $2,167.67 | $0.00 | $2,167.67 |
| 3 | NELNET ON BEHALF OF ECMC<br>»»  WITHDRAWN 1/25/21 | Unsecured Creditors<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 4 | Navient Solutions on behalf of GLHEGC | Unsecured Creditors | $24,698.78 | $0.00 | $24,698.78 |
| 5 | NAVIENT SOLUTIONS, ON BEHALF OF ECMC<br>»»  WITHDRAWN 1/25/21 | Unsecured Creditors<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 6 | MidFirst Bank<br>»»  P/296 MEINZER ST/1ST MTG | Mortgage Arrears | $14,629.69 | $3,218.63 | $11,411.06 |
| 7 | HYUNDAI CAPITAL AMERICA (HCA)<br>»»  2016 KIA RIO/DEFICIENCY BALANCE | Unsecured Creditors | $8,303.00 | $0.00 | $8,303.00 |
| 8 | NAVIENT SOLUTIONS, LLC | Unsecured Creditors | $82,701.72 | $0.00 | $82,701.72 |
| 9 | MidFirst Bank<br>»»  296 MEINZER ST/ORDER 11/21/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |

**Chapter 13 Case No. 18-35170 / CMG**

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,793.09 | Plan Balance: | $12,218.91 ** |
| Paid to Claims: | $7,499.63 | Current Monthly Payment: | $336.00 |
| Paid to Trustee: | $615.50 | Arrearages: | ($75.00) |
| Funds on Hand: | $677.96 | Total Plan Base: | $21,012.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.