| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
### Chapter 13 Case No. 18-35170 / CMG

Maria D. Quintana

Petition Filed Date: 12/27/2018
341 Hearing Date: 01/31/2019
Confirmation Date: 03/20/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/20/2021 | $361.00 | 73921360 | 02/18/2021 | $361.00 | 74599190 | 03/19/2021 | $361.00 | 75350180 |
| 04/13/2021 | $361.00 | 75973090 | 05/10/2021 | $361.00 | 76607170 | 06/22/2021 | $361.00 | 77584120 |
| 08/02/2021 | $361.00 | 78492020 | 09/02/2021 | $361.00 | 79187910 | 10/04/2021 | $361.00 | 79903360 |
| 11/03/2021 | $361.00 | 80585370 | 11/29/2021 | $361.00 | 81083290 | 12/28/2021 | $361.00 | 81668490 |
| 02/02/2022 | $361.00 | 82524080 | | | | | | |

**Total Receipts for the Period: $4,693.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $12,764.09**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Maria D. Quintana | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | RUSSELL L LOW, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,750.00 | $3,750.00 | $0.00 |
| 1 | US DEPT OF HOUSING & URBAN DEVELOPMENT<br>»»  P/296 MEINZER ST/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 2 | KHEAA<br>»»  NELNET | Unsecured Creditors | $2,167.67 | $0.00 | $2,167.67 |
| 3 | NELNET ON BEHALF OF ECMC<br>»»  WITHDRAWN 1/25/21 | Unsecured Creditors<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 4 | Navient Solutions on behalf of GLHEGC | Unsecured Creditors | $24,698.78 | $0.00 | $24,698.78 |
| 5 | NAVIENT SOLUTIONS, ON BEHALF OF ECMC<br>»»  WITHDRAWN 1/25/21 | Unsecured Creditors<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 6 | MidFirst Bank<br>»»  P/296 MEINZER ST/1ST MTG | Mortgage Arrears | $14,629.69 | $7,234.41 | $7,395.28 |
| 7 | HYUNDAI CAPITAL AMERICA (HCA)<br>»»  2016 KIA RIO/DEFICIENCY BALANCE | Unsecured Creditors | $8,303.00 | $0.00 | $8,303.00 |
| 8 | NAVIENT SOLUTIONS, LLC | Unsecured Creditors | $82,701.72 | $0.00 | $82,701.72 |
| 9 | MidFirst Bank<br>»»  296 MEINZER ST/ORDER 11/21/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |

**Chapter 13 Case No. 18-35170 / CMG**

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,764.09 | Plan Balance: | $8,247.91 ** |
| Paid to Claims: | $11,515.41 | Current Monthly Payment: | $336.00 |
| Paid to Trustee: | $918.00 | Arrearages: | ($14.00) |
| Funds on Hand: | $330.68 | Total Plan Base: | $21,012.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.