# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J.LBR 9004-1
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
MidFirst Bank

CASE NO. 18-35170 CMG
CHAPTER 13
Judge: Christine M. Gravelle

In re:

Maria D. Quintana aka Maria D. Pena

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 08/18/2000

I, **Anna Becerril**, employed as **Vice President**, by MidFirst Bank, hereby certifies the following information:
Recorded on August 31, 2000 in Middlesex County, in Book 6365, at Page 048.
Property Address: 296 Meinzer Street, Perth Amboy NJ 08861.

Mortgage Holder: MidFirst Bank

Mortgagor(s)/ Debtor(s): Maria D. Quintana aka Maria D. Pena

POST-PETITION PAYMENTS (Petition filed on December 27, 2018)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order Entered November 21, 2019 ||||||
| Subsequently, A Loan Modification Agreement Effective March 01, 2022 was Entered Into. ||||||
| | | To Suspense | $862.11 | 4/27/2022 | $862.11 |
| $862.11 | 03/01/2022 | 3/2022 | From Suspense | 4/27/2022 | $0.00 |
| $862.11 | 04/01/2022 | | $0.00 | | $0.00 |
| $862.11 | 05/01/2022 | | $0.00 | | $0.00 |
| $862.11 | 06/01/2022 | | $0.00 | | $0.00 |
| Total Due: $3,448.44 || Total Received: $862.11 || Arrears: $2,586.33 ||

Continue on attached sheets if necessary.

Monthly payments past due: 3 mos. X $862.11
Arrears: = $2,586.33.

Each current monthly payment is comprised of:
Effective as of June 09 2022, the current monthly payment is comprised of:
    Principal and Interest: $ 337.82
    R.E. Taxes: $_____
    Insurance: $_____
    Other: $ 524.29_____ (Specify: Escrow_____)
    TOTAL $ 862.11_____

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)
Notices of Mortgage Payment Change: Filed 09/09/2019 effective 04/01/2019, Filed 03/04/2020 effective 04/01/2020, Filed 02/26/2021 effective 04/01/2021, Filed 2/11/2022 effective 04/01/2022, Filed 06/24/2022 effective 03/01/2022.
Loan Modification Agreement effective 03/01/2022

PRE-PETITION ARREARS: $7,765.41

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 07/07/2022

Signature **Anna Becerril**
**Vice President**