UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No:        18-35170 CMG

Chapter:  13

**Caption in Compliance with D.N.J. LBR 9004-1**
Denise Carlon, Esq.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
Attorneys for the Secured Creditor
MidFirst Bank

Judge:  Christine M. Gravelle

In re:
Maria D. Quintana aka Maria D. Pena

                    Debtor

| Recommended Local Form: | ☐ Followed | ☐ Modified |
| --- | --- | --- |
|  |  |  |

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

Upon the motion of  MidFirst Bank, under

Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as

hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume

and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to

pursue the movant's rights in the following:

■      Real Property More Fully Described as:

**Land and premises commonly known   296 Meinzer Street, Perth Amboy NJ 08861**

☐      Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in

this case as defendants in its action(s) irrespective of any conversion to any other chapter of the

Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who

entered an appearance on the motion.