# EXHIBIT B

| UNITED STATES BANKRUPTCY COURT <u>DISTRICT OF NEW JERSEY</u> |
|---|
| Caption in Compliance with D.N.J.LBR 9004-1 |
| Denise Carlon, Esquire |
| KML Law Group, P.C. |
| 701 Market Street, Suite 5000 |
| Philadelphia, PA 19106 |
| Main Phone: 609-250-0700 |
| dcarlon@kmllawgroup.com |
| MidFirst Bank |

CASE NO. 18-35170 CMG
CHAPTER 13
Judge: Christine M. Gravelle

In re:

Maria D. Quintana aka Maria D. Pena

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 08/18/2000

I, <u>Crystal Baker</u>, employed as <u>Vice President</u> by MidFirst Bank, hereby certifies the following information:

Recorded on August 31, 2000 in <u>Middlesex</u> County, in Book 6365, at Page 47.
Property Address: <u>296 Meinzer Street, Perth Amboy NJ 08861.</u>

Mortgage Holder: <u>MidFirst Bank</u>

Mortgagor(s)/ Debtor(s): <u>Maria D. Quintana aka Maria D. Pena</u>

POST-PETITION PAYMENTS (Petition filed on December 27, 2018)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order Entered 08/17/2022 | | | | | - |
| $2,586.33 AO Lump Sum | 08/15/2022 | | $0.00 | | - |
| | | To Suspense | $862.11 | 08/17/2022 | $862.11 |
| $862.11 | 09/01/2022 | | $0.00 | | $862.11 |
| Total Due: $3,448.44 | | Total Received: $862.11 | | Arrears: $2,586.33 | |

Continue on attached sheets if necessary.

Monthly payments past due: 1 mos. X $862.11
Agreed Order payments past due: $2,586.33
Arrears: $2,586.33

Each current monthly payment is comprised of:
    Principal and Interest:  $ 337.82
    R.E. Taxes:  $_____
    Insurance:  $ -_____
    Other:  $ 524.29_____  (Specify: _Escrow_)
    TOTAL  $ 862.11_____

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)

Notices of Mortgage Payment Change: Filed 09/09/2019 effective 04/01/2019, Filed 03/04/2020 effective 04/01/2020, Filed 02/26/2021 effective 04/01/2021, Filed 2/11/2022 effective 04/01/2022, Filed 06/24/2022 effective 03/01/2022.
Loan Modification Agreement effective 03/01/2022

PRE-PETITION ARREARS: $7,765.41

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 12 October 2022

_____
Signature
Crystal Baker
Vice President