Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 18−35170−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maria D. Quintana
   aka Maria D. Pena
   296 Meinzer Street
   Perth Amboy, NJ 08861

Social Security No.:
   xxx−xx−9219

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 11/2/22 at 09:00 AM

to consider and act upon the following:

**46** − Creditor's Certification of Default (related document:26 Order on Motion For Relief From Stay, 38 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 44 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 10/28/2022. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 10/25/22

                                            Jeanne Naughton
                                            Clerk, U.S. Bankruptcy Court