UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Maria Quintana,

Debtor.

Case No.:        18-35170-CMG

Chapter:              13

Hearing Date:      12/7/2022

Judge:            Gravelle

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter:  Secured Creditor's Certification of Default (Docket # 46)

_____

Date:  12/5/2022                                         /s/ Denise Carlon
                                                         Signature

*rev.8/1/15*