# EXHIBIT B

**UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J.LBR 9004-1
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
MidFirst Bank

CASE NO. 18-35170 CMG
CHAPTER 13
Judge: Christine M. Gravelle

In re:

Maria D. Quintana aka Maria D. Pena

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 08/18/2000

I, __Madison Graspo__, employed as __Vice President__ by MidFirst Bank, hereby certifies the following information:

Recorded on August 31, 2000 in Middlesex County, in Book 6365, at Page 048.

Property Address: 296 Meinzer Street, Perth Amboy NJ 08861.

Mortgage Holder: MidFirst Bank

Mortgagor(s)/ Debtor(s): Maria D. Quintana aka Maria D. Pena

POST-PETITION PAYMENTS (Petition filed on December 27, 2018)

| Amount Due | Date Payment was due | How Pymt was Applied (mo/yr) | Amount Received | Date Payment Received | Suspense |
|---|---|---|---|---|---|
| Agreed Order entered 12/7/2022 | | | | | |
| $1,724.22 | 11/22/2022 | AO Lump Sum 1 | $1,724.22 | 11/16/2022 | $0.00 |
| | | To Suspense | $862.11 | 12/14/2022 | $862.11 |
| $1,724.22 | 11/30/2022 | AO Lump Sum 2 | $862.11 | 12/30/2022 | $0.00 |
| $862.11 | 12/1/2022 | | $0.00 | | $0.00 |
| $862.11 | 1/1/2023 | | $0.00 | | $0.00 |
| Total Due: $5,172.66 | | Total Received: $3,448.44 | | Arrears: $1,724.22 | |

Monthly payments past due: 2 mos. x $862.11

Each current monthly payment is comprised of:
    Principal & Interest:    $_____337.82_____
    R.E. Taxes:    $_____
    Insurance:    $_____
    Other:    $_____524.29_____    (Specify: Escrow)
    TOTAL    $_____862.11_____

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary):

Notice of Mortgage Payment Change filed 9/9/2019; new total payment $928.76 effective 4/1/2019; Notice of Mortgage Payment Change filed 3/4/2020; new total payment $918.49 effective 4/1/2020; Notice of Mortgage Payment Change filed 2/26/2021; new total payment $996.86 effective 4/1/2021; Notice of Mortgage Payment Change filed 2/11/2022; new total payment $930.15 effective 4/1/2022; Notice of Mortgage Payment Change filed 6/24/2022; new total payment $862.11 effective 3/1/2022. Loan Modification Agreement effective 3/1/2022.

PRE-PETITION ARREARS: $7,765.41

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 03/02/2023

Signature    Madison Graspo