Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–35170–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Maria D. Quintana
    aka Maria D. Pena
    296 Meinzer Street
    Perth Amboy, NJ 08861

Social Security No.:
    xxx–xx–9219

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 4/5/23 at 09:00 AM

to consider and act upon the following:

**56** – Creditor's Certification of Default (related document:23 Motion for Relief from Stay re: 296 Meinzer Street, Perth Amboy, NJ 08861. Fee Amount $ 181. filed by Creditor MIDFIRST BANK, 53 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 03/21/2023. (Attachments: # 1 Exhibit Court Approved Stipulation # 2 Exhibit Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 3/21/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court