| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, PC<br>701 Market St Suite 5000<br>Philadelphia, PA 19106<br>(215) 627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>MidFirst Bank | |
| In Re:<br><br>Maria D. Quintana aka Maria D. Pena, Debtor(s) | Case No.:   __18-35170 CMG__<br><br>Chapter:    __13__<br><br>Hearing Date: __04/05/2023 9:00 AM__<br><br>Judge:    __Christine M Gravelle__ |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Certification of Default filed on or about 03/07/2023 (Doc No. 56)

_____

Date: March 27, 2023                    /s/ Denise Carlon
                                        Signature

*rev.8/1/15*