| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |

| | |
|---|---|
| In re:<br><br>Maria D. Quintana<br><br><br>Debtor(s) | Case No.: 18-35170 / CMG<br><br>Judge: Christine M. Gravelle<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 9/25/2023, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

   **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated: 9/25/2023                                                              /s/  Kierstyn Buchanan

                                                                                            Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Maria D. Quintana<br>296 Meinzer Street<br>Perth Amboy, NJ   08861 | Debtor(s) | Regular Mail |
| Russell L. Low, Esq.<br>505 Main St.<br>Suite 304<br>Hackensack, NJ   07601 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |