Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−35170−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Maria D. Quintana
  aka Maria D. Pena
  296 Meinzer Street
  Perth Amboy, NJ 08861

Social Security No.:
  xxx−xx−9219

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 10/18/23 at 09:00 AM

to consider and act upon the following:

*65* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 10/9/2023. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 9/28/23

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court