| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Maria D. Quintana<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–9219<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:   18–35170–CMG | | |

## Order of Discharge  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Maria D. Quintana
    aka Maria D. Pena

<u>2/29/24</u>    **By the court:** <u>Christine M. Gravelle</u>
                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Maria D. Quintana  
  Debtor

Case No. 18-35170-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Feb 29, 2024     Form ID: 3180W     Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maria D. Quintana, 296 Meinzer Street, Perth Amboy, NJ 08861-2113 |
| 517969724 | + | NJ Higher Education Student Assistance Authority, 4 Quakerbridge Plaza, PO Box 548, Trenton, NJ 08625-0548 |
| 517969729 | + | Nelnet on behalf of NJOSA, NJ Higher Education Student Assistance A, 4 Quakerbridge Plaza, PO Box 548, Trenton, NJ 08625-0548 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 29 2024 21:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 29 2024 21:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517940454 | | Email/Text: ebn@americollect.com | Feb 29 2024 21:22:00 | AMERICOLLECT INC, PO BOX 1566, MANITOWOC, WI 54221 |
| 517940457 | + | EDI: MAXMSAIDV | Mar 01 2024 01:57:00 | DEPT OF ED/NAVIENT, PO BOX 9635, WILKES BARRE, PA 18773-9635 |
| 517940458 | ^ | MEBN | Feb 29 2024 21:14:59 | FINANCIAL RECOVERIES, 200 E PARK DR STE 100, MOUNT LAUREL, NJ 08054-1297 |
| 518024385 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 29 2024 21:22:00 | HYUNDAI CAPITAL AMERICA DBA, KIA MOTORS FINANCE, PO BOX 20825, FOUNTAIN VALLEY, CA 92728-0825 |
| 517940461 | + | EDI: LCIICSYSTEM | Mar 01 2024 01:57:00 | I C SYSTEM INC, PO BOX 64378, SAINT PAUL, MN 55164-0378 |
| 518840319 | | Email/Text: legaldivision@kheaa.com | Feb 29 2024 21:20:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518840320 | | Email/Text: legaldivision@kheaa.com | Feb 29 2024 21:20:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 517940463 | ^ | MEBN | Feb 29 2024 21:13:53 | KIA MOTORS FINANCE, 4000 MACARTHUR BLVD STE, NEWPORT BEACH, CA 92660-2558 |
| 517940465 | + | EDI: AISMIDFIRST | Mar 01 2024 01:57:00 | MIDLAND MTG/MIDFIRST, POB 268959, OKLAHOMA CITY, OK 73126-8959 |
| 518020719 | + | EDI: AISMIDFIRST | Mar 01 2024 01:57:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |

| Recip ID | Bypass Reason | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517940466 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 29 2024 21:22:00 | NELNET LNS, PO BOX 1649, DENVER, CO 80201-1649 |
| 517985018 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Feb 29 2024 21:20:00 | Navient Solutions, LLC. on behalf of, Great Lakes Higher Education Guaranty Co, GLHEC and Affiliates, PO BOX 8961, Madison, WI 53708-8961 |
| 517985147 | | Email/Text: ECMCBKNotices@ecmc.org | Feb 29 2024 21:21:00 | Navient Solutions, LLC. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 518068114 | | EDI: MAXMSAIDV | Mar 01 2024 01:57:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 517969728 | + | Email/Text: ECMCBKNotices@ecmc.org | Feb 29 2024 21:21:00 | Nelnet on behalf of ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 517958694 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Feb 29 2024 21:19:17 | U.S. Department of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517940455 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, AMERICOLLECT INC, PO BOX 1566, MANITOWOC, WI 54221 |
| 517940456 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, AMERICOLLECT INC, PO BOX 1566, MANITOWOC, WI 54221 |
| 517940460 | *+ | FINANCIAL RECOVERIES, 200 E PARK DR STE 100, MOUNT LAUREL, NJ 08054-1297 |
| 517940459 | *+ | FINANCIAL RECOVERIES, 200 E PARK DR STE 100, MOUNT LAUREL, NJ 08054-1297 |
| 517940462 | *+ | I C SYSTEM INC, PO BOX 64378, SAINT PAUL, MN 55164-0378 |
| 518068264 | * | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 517940464 | ##+ | KML Law Group P.C., 216 Hadden Ave, Ste 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2024          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 29, 2024 | Form ID: 3180W | Total Noticed: 21 |

Kevin Gordon McDonald
    on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Russell L. Low
    on behalf of Debtor Maria D. Quintana ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 5